**Order entered April 11, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01057-CR

### ROY OLIVER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-18595-V**

## ORDER

Before the Court is appellant's April 5, 2019 third motion for extension of time to file his brief. As grounds for extension, appellant cites the district clerk's failure to file a supplemental clerk's record containing the jury charges as directed in the Court's March 8, 2019 order granting appellant's second extension of time to file his brief.

Upon further review, the Court has determined that both the guilt/innocence and punishment charges are contained within the sealed clerk's record filed into the appellate record. Although not listed in the document index, the guilt/innocence charge begins on page 371. The punishment charge begins on page 408.

Accordingly, the Court **VACATES** that portion of its March 8, 2019 order directing the Dallas County District Clerk to file a supplemental clerk's record containing the trial court's jury charges.

We **GRANT** appellant's third motion for extension to the extent we **EXTEND** the time to file appellant's brief until **April 22, 2019**. If appellant's brief is not filed by April 22, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

We **DIRECT** the Clerk to transmit a copy of this order, by electronic transmission, to Felicia Pitre, Dallas County District Clerk; and to counsel for the parties.

/s/     BILL PEDERSEN, III
        JUSTICE